# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    No. 1:20-10018-STA |
| | ) |
| **STEVEN RUSSELL,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

On July 9, 2020, Defendant Russell sent a letter to the Court (DE #34), asking that the Court consider dismissing his charges or in the alternative, to consider releasing Defendant on bond. Defendant's request is *DENIED* because he is currently represented by counsel and, thus, cannot file motions *pro se*. *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel ...."); *see also United States v. Toufaili*, 2011 WL 318125, at *1 (E.D. Mich. Jan. 31, 2011) (reiterating that a criminal defendant is not entitled to represent himself while simultaneously represented by counsel and citing cases that a party may choose either to represent himself or to appear through an attorney).

The Clerk's Office is directed to mail a copy of this order to the defendant at the address listed on the envelope accompanying his motion.

                                                 **s/ S. Thomas Anderson**
                                                 S. THOMAS ANDERSON
                                                 CHIEF UNITED STATES DISTRICT JUDGE

                                               Date: July 9, 2020