# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | No.  1:20-10018-STA |
| **STEVEN RUSSELL,** | ) ) ) | |
| **Defendant.** | ) | |

## ORDER

Defendant Russell has filed, *pro se*, a "Notice to Counsel" (DE #43), wherein he requests that his attorney file a motion to dismiss Defendant's indictment.  Defendant is advised that because he is currently represented by counsel, he may not file pleadings on his own behalf.  *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel ...."); *see also United States v. Toufaili*, 2011 WL 318125, at *1 (E.D. Mich. Jan. 31, 2011) (reiterating that a criminal defendant is not entitled to represent himself while simultaneously represented by counsel and citing cases that a party may choose either to represent himself or to appear through an attorney).

The Clerk's Office is directed to mail a copy of this order to the defendant at the address listed on the envelope accompanying his motion.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  August 3, 2020